UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WADE,<br><br>  Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY, et al.,<br><br>  Defendants. | Case No. 24-cv-06239-NW<br><br>**ORDER TO SHOW CAUSE** |

In this civil rights action under 42 U.S.C. § 1983, pro se Plaintiff Bobby Wade has not filed an opposition to Defendant County of Santa Clara's motion to dismiss, which was filed on December 6, 2024.  ECF No. 22.  Plaintiff's deadline to respond to the motion to dismiss was December 20, 2024.  *See* Civil L.R. 7-3(b).

Accordingly, the Court ORDERS PLAINTIFF TO SHOW CAUSE in writing by April 4, 2025, why this case should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b).  Failure to respond will result in dismissal of this action with prejudice.  A hearing on the motion to dismiss is set for **April 22, 2025, at 10 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.

**IT IS SO ORDERED.**

Dated: March 14, 2025

                               _____
                               Noël Wise
                               United States District Judge